# EXHIBIT A

19 – CV – 0791
DCCICMR
Citation by Certified Mail and Return
1825418

2

## CITATION BY CERTIFIED MAIL (TRC 106)
### THE STATE OF TEXAS

Cause No: 19-CV-0791
10th District Court of Galveston County

ELIZABETH MCGONIGAL VS. INTERNATIONAL INSURANCE COMPANY OF HANNOVER ET AL

JOHN D. KINARD
CLERK DISTRICT COURT
FILED

MAY 22 2019
11:22 AM
GALVESTON COUNTY, TEXAS
BY_____ DEPUTY

TO: **HDI Global Specialty SE**
Drinker, Biddle & Reith
1177 Avenue of the Americas, 41st Floor
New York, NY 10036  USA

Defendant Greetings:

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you."** *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 10th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **2nd day of May, 2019** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **6th day of May, 2019.**

Issued at the request of
Ben R Crowell
Crowell & Kucera PLLC
2028 E Ben White Blvd Ste 240-2015
Austin TX 78741



**John D. Kinard,** District Clerk
Galveston County, Texas

By: *Robin Gerhardt*
Robin Gerhardt, Deputy

**SEE ATTACHED FORM**   *NOTE: Status Conference set: 07/25/2019*

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the **5/6/2019** at **3:00** o'clock P. M. and executed on the **10th** day of **May**, 20**19**, at _____ o'clock ___. M., by mailing the same to HDI Global Specialty SE, Defendant by **registered, certified mail with delivery Restricted to addressee only, return receipt requested**, a true copy of this citation with a copy of the petition were attached thereto.

**JOHN D. KINARD, District Clerk Galveston County, Texas**
Authorized Person

BY: *Robin Gerhardt*, Deputy Clerk

| Service Fee: $ | |
|---|---|
| **Certified Tracking Mail** No. 9414 7266 9904 2133 2189 20 | **Place sticker here** **Certified Article Number** 9414 7266 9904 2133 2189 20 **SENDER'S RECORD** |
| **Signed for on** 5/10/2019 | **Signed By:** Isabella |

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9266 9904 2133 2189 23 | A. Signature<br>X _Clerk_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Isabella Ortiz_  C. Date of Delivery _5/10/19_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>HDI Global Specialty SE<br>Drinker, Biddle & Reith<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036 | 3. Service Type:<br>☒ Certified Mail<br>☒ Certified Mail Restricted Delivery<br>Reference Information<br>Cause No: 19-CV-0791<br>Robin Gerhardt |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2133 2189 20 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |



USPS TRACKING #

9590 9266 9904 2133 2189 23

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**

• Sender: Please print your name, address, and ZIP+4® below.

JOHN D KINARD
GALVESTON COUNTY DISTRICT CLERK
600 59TH STREET SUITE 4001
PO BOX 17250
GALVESTON TX 77551-9900

19 – CV – 0791
DCCIR
Citation and Return
1822485

**CITATION BY CERTIFIED MAIL (TRC 106)**

**THE STATE OF TEXAS**

Cause No: 19-CV-0791

10th District Court of Galveston County

ELIZABETH MCGONIGAL VS. INTERNATIONAL INSURANCE COMPANY OF HANNOVER ET AL

**JOHN D. KINARD**
**CLERK DISTRICT COURT**
**FILED**

TO: **International Insurance Company of Hannover**
Drinker, Biddle & Reith
1177 Avenue of the Americas, 41st Floor
New York, NY 10036 USA

MAY 1 7 2019
10:53 am
GALVESTON COUNTY, TEXAS
BY_____ DEPUTY

Defendant Greetings:

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you." TRCP. 99

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 10th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **2nd day of May, 2019** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **6th day of May, 2019.**

Issued at the request of
Ben R Crowell
Crowell & Kucera PLLC
2028 E Ben White Blvd Ste 240-2015
Austin TX 78741



**John D. Kinard,** District Clerk
Galveston County, Texas

By: _Robin Gerhardt_
Robin Gerhardt, Deputy

**SEE ATTACHED FORM    NOTE: Status Conference set: 07/25/2019**

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the **5/6/2019** at **3:00** o'clock P. M. and executed on the **10th** day of **May**, 20**19**, at _____ o'clock ___. M., by mailing the same to International Insurance Company of Hannover, Defendant by **registered, certified mail with delivery Restricted to addressee only, return receipt requested**, a true copy of this citation with a copy of the petition were attached thereto.

**JOHN D. KINARD, District Clerk Galveston County, Texas**

Authorized Person

BY: _Robin Gerhardt_, Deputy Clerk

| Service Fee: $ | | |
|---|---|---|
| **Certified Tracking Mail** No. 9414 7266 9904 2133 2189 37 | Place sticker here | **Certified Article Number** 9414 7266 9904 2133 2189 37 **SENDER'S RECORD** |
| **Signed for on** 5/10/19 | **Signed By:** Isabella Pizzi | |

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌<br>9590 9266 9904 2133 2189 30 | A. Signature  ☐ Agent  ☐ Addressee<br>X <br>B. Received by (Printed Name)   C. Date of Delivery<br>  5/10/15<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br>International Insurance Company of Hannover<br>Drinker, Biddle & Reith<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036 | 3. Service Type:<br>☒ Certified Mail<br>☒ Certified Mail Restricted Delivery<br>**Reference Information**<br>Cause No: 19-CV-0791<br>Robin Gerhardt |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2133 2189 37 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

**USPS TRACKING #**

9590 9266 9904 2133 2189 30

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

JOHN D KINARD
GALVESTON COUNTY DISTRICT CLERK
600 59TH STREET SUITE 4001
PO BOX 17250
GALVESTON TX 77551-9900

2019 MAY 7 AM 10:53 FILED

19-CV-0791
DCCICMR
Citation by Certified Mail and Return
1816980

CITATION BY CERTIFIED MAIL (TRC 106)

THE STATE OF TEXAS

Cause No: 19-CV-0791
10th District Court of Galveston

JOHN D. KINARD
CLERK DISTRICT COURT
FILED

MAY - 9 2019
11:07 am
GALVESTON COUNTY, TEXAS
BY_____
DEPUTY

ELIZABETH MCGONIGAL VS. INTERNATIONAL INSURANCE COMPANY OF HANNOVER ET AL

TO: **Leonard E. Williams**
3138 Pleasant Cove Ct.
Houston, TX 77059

Defendant Greetings:

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you." TRCP. 99

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the 10th District Court of Galveston County, at the Courthouse in said County in Galveston, Texas. Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. Said Plaintiff's **Original Petition - OCA** was filed in said court on the **2nd day of May, 2019** in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition - OCA accompany this citation and made a part hereof.

Issued and given under my hand and the seal of the Said Court at Galveston, Texas, on the **6th day of May, 2019**.

Issued at the request of
Ben R Crowell
Crowell & Kucera PLLC
2028 E Ben White Blvd Ste 240-2015
Austin TX 78741



John D. Kinard, District Clerk
Galveston County, Texas

By: *Robin Gerhardt*,
Robin Gerhardt, Deputy

SEE ATTACHED FORM   NOTE: Status Conference set: 07/25/2019

**CERTIFICATE OF DELIVERY BY CERTIFIED MAIL**

Came to hand on the **5/6/2019** at **3:00** o'clock P. M. and executed on the _____ day of _See Green Card_, 20____, at _____ o'clock ___. M., by mailing the same to Leonard E. Williams, Defendant by **registered, certified mail with delivery Restricted to addressee only, return receipt requested**, a true copy of this citation with a copy of the petition were attached thereto.

**JOHN D. KINARD, District Clerk Galveston County, Texas**

Authorized Person

BY: *Robin Gerhardt*, Deputy Clerk

| Service Fee: $ | |
|---|---|
| **Certified Tracking Mail** No. 9414 7266 9904 2133 2189 44 | Place sticker here<br>**Certified Article Number**<br>9414 7266 9904 2133 2189 44<br>**SENDER'S RECORD** |
| Signed for on  See Green Card | Signed By:  See Green Card |

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 9590 9266 9904 2133 2189 47 | A. Signature X _Debri W. lic_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Leonard E. Williams<br>3138 Pleasant Cove Ct.<br>Houston, TX 77059 | 3. Service Type:<br>☒ Certified Mail<br>☒ Certified Mail Restricted Delivery<br>Reference Information<br>Cause No. 19-CV-0___<br>Robin Gerhardt |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2133 2189 44 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

USPS TRACKING #

9590 9266 9904 2133 2189 47

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

● Sender: Please print your name, address and ZIP+4® below ●

JOHN D KINARD
GALVESTON COUNTY DISTRICT CLERK
600 59TH STREET SUITE 4001
PO BOX 17250
GALVESTON TX 77551-9900