United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **ELIZABETH MCGONIGAL,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 3:19-cv-00189** |
| | § | |
| **HDI GLOBAL SPECIALTY SE,** *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between all parties. Dkt. 14. Accordingly, it is hereby **ORDERED** that all claims asserted by or against any party in the above-styled and -numbered case are **DISMISSED WITH PREJUDICE** to refiling, unless any party represents in writing filed with the Court on or before Friday, March 20, 2020, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the Court on or before Friday, March 20, 2020.

Each party shall bear its own costs and attorneys' fees.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas on this 4th day of February, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE